STATE OF NEW JERSEY v. DAVID WALKER.

December 11, 1973.  Petition for certification denied.

HERBERT CLARK v. FOG CONTRACTING CO. AND TOWN-
SHIP OF FRANKLIN v. TRAP ROCK INDUSTRIES, INC.

December 11, 1973.  Petition for certification denied. (See
125 *N. J. Super.* 159)

CIVIC SOUTHERN FACTORS CORP. v. JEROME BONAT AND
STATE MUTUAL LIFE ASSURANCE CO. OF AMERICA v.
JOSEPH A. BONURA.

December 11, 1973.  Petition for certification granted.

STATE OF NEW JERSEY v. LAMAR TAYLOR.

December 13, 1973.  Petition for certification granted.